# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 27, 2014

149054

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

KAYE LANDERS,
         Plaintiff-Appellant,

v

                                         SC: 149054
                                         COA: 318367

GRAND BLANC REHABILITATION AND
NURSING CENTER and PENNSYLVANIA
MANUFACTURERS ASSOCIATION
INSURANCE,
         Defendants-Appellees.

                                         MCAC: 13-000013

_____/

      On order of the Court, the application for leave to appeal the February 25, 2014 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 27, 2014

t0519



                              Clerk